**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 21-cv-61759-COOKE/HUNT**

GAIL GOODENOW,

     Plaintiff,

vs.

METROPOLITAN LIFE INSURANCE
COMPANY,

     Defendant.

_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED with prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own costs and fees. The Clerk is directed to **CLOSE** this case. All pending motions, if any, are **DENIED** as moot.

**DONE and ORDERED** in chambers, at Miami, Florida, this 7th day of April 2022.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Melissa Damian, U.S. Magistrate Judge*
*Counsel of record*